# In The United States Court of Federal Claims

## Cover Sheet

05-124

Plaintiff(s) or Petitioner(s)

See Attached.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Robert G. Watt

Firm Name: Watt, Tieder, Hoffar & Fitzgerald, L.L.P.

Post Office Box:

Street Address: 8405 Greensboro Drive, Suite 100

City-State-Zip: McLean, Virginia 22102

Telephone & Facsimile Numbers: Tele: (703) 749-1000 Fax: (703) 893-8029

E-mail address: Contact Kirk McCormick, Esq. at kmmcormi@wthf.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 6

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved:   A F

**See attached Sheet for three digit code.**

Amount Claimed: $266,000, plus interest, attorney's fees, and other damages to be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005

**Plaintiffs**

1. Estetik Mobilya
2. Redwood Furniture Company, Ltd.
3. Tuncay Ticaret