ORIG L
DEC - 2 2005

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **REDWOOD FURNITURE CO., LTD., ET AL.,** Plaintiffs, v. **UNITED STATES OF AMERICA,** Defendant. | Case No. 05 - 1248C |

**Rule 7.1(a) Disclosure Statement**

Pursuant to RCFC 7.1(a), Plaintiffs Redwood Furniture Company, Ltd., Estetik Mobilya, and Tuncay Ticaret state that they are not publicly held corporations, that they have no parent corporations, and that no publicly held corporation owns 10% or more of any Plaintiffs' stock or ownership interest.

Dated: December 2, 2005.

Respectfully submitted,

Robert G. Watt (by Kirk J. McCormick)

Robert G. Watt
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000
(703) 893-8029 (fax)

Attorney for Plaintiffs

Of Counsel:
Kirk J. McCormick
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000
(703) 893-8029 (fax)