IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REDWOOD FURNITURE CO., LTD., et al., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1248C (Judge Lynn J. Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Kent G. Huntington as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Kent G. Huntington
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

Dated: January 26, 2006

s/ Kent G. Huntington
Kent G. Huntington
Trial Attorney
Commercial Litigation Branch
Civil Division
(202) 353-7961
Fax# (202) 353-7988

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 26th day of January 2006, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Kent G. Huntington