**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **REDWOOD FURNITURE CO., <u>et</u> <u>al</u>.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **No. 05-1248C** |
| ) | **(Judge Bush)** |
| **UNITED STATES,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**<u>TO RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of time of 60 days, to and including March 31, 2006, within which to respond to plaintiff's complaint. Defendant's response to plaintiff's complaint is currently due on January 31, 2006. We have contacted counsel for plaintiff, and he has stated that plaintiff is not opposed to this, our first request for an enlargement of time for this purpose.

Presently, the undersigned has not yet received from the Department of Air Force, the Federal agency involved in this matter, a litigation report, as required by 28 U.S.C. § 520, nor engaged in substantive discussions with agency counsel regarding the agency's response to plaintiff's allegations. On January 19, 2006, agency counsel contacted the undersigned, and he requested that the undersigned seek an enlargement of time to obtain records relating to plaintiff's complaint and to complete the

litigation report. An enlargement of 60 days will allow agency counsel additional time to assemble and evaluate relevant records maintained by the agency and allow defendant's counsel time to review the case, coordinate our response with agency counsel, and obtain necessary internal review.

Defendant respectfully requests that the Court grant our unopposed motion for an enlargement of time of 60 days, to and including March 31, 2006, within which to file our response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Kent G. Huntington
KENT G. HUNTINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 305-7561
Fax: (202) 353-7988

January 26, 2006

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on January 26, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF’S COMPLAINT” was filed electronically. I understand that notice of this of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kent G. Huntington
Kent G. Huntington