# In the United States Court of Federal Claims

No. 05-1248 C

(Filed June 15, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *
REDWOOD FURNITURE CO., et al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On May 31, 2006, plaintiffs filed an Unopposed Motion for Enlargement of Time of 120 days, to and including September 29, 2006, within which to respond to defendant's motion to dismiss. Plaintiffs state that they have an appeal currently pending before the Armed Services Board of Contract Appeals (ASBCA) which poses jurisdictional issues that may impact the subject matter. Therefore, plaintiffs request that the court temporarily postpone proceedings in this case until the ASBCA issues a ruling on the jurisdictional issues before it.

The court agrees that litigation of the subject matter should be postponed pending a jurisdictional ruling in plaintiffs' earlier filed ASBCA appeal. Plaintiffs state that they expect a jurisdictional decision from the ASBCA shortly. Rather than granting plaintiffs' request for an enlargement of time to respond to defendant's motion to dismiss, however, the court believes that a stay of proceedings is more appropriate. The parties shall file a joint status report within thirty days of an ASBCA decision resolving the jurisdictional issues pertinent to plaintiffs' claims here.

Accordingly, it is hereby **ORDERED** that:

(1) Plaintiffs' Motion for Enlargement, filed May 31, 2006, is **DENIED**, as moot;

(2) The Clerk's office is **DIRECTED** to **STAY** the subject matter pending further order of the court; and

(3) The parties shall **FILE** a **Joint Status Report** within thirty days of an ASBCA decision resolving jurisdictional issues pertinent to the subject matter, informing the court of the ASBCA's ruling and their proposed manner of proceeding to resolve plaintiffs' claims in this court.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE