# In the United States Court of Federal Claims

No. 05-1248 C

(Filed July 17, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *
REDWOOD FURNITURE CO., et al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On July 14, 2006, on behalf of the parties, plaintiffs electronically filed a Joint Stipulation of Dismissal with Prejudice. The Clerk's office stated the submission could not be processed because it was not signed by plaintiffs' attorney of record, Robert G. Watt, Esquire. The matter was referred to the undersigned for a ruling.

Accordingly, it is hereby **ORDERED** that plaintiffs' electronically filed Joint Stipulation of Dismissal with Prejudice, submitted on July 14, 2006, shall be **STRICKEN** from the record. The parties may correct the above-stated defect and file their revised Joint Stipulation of Dismissal with Prejudice with the court.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE