**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **REDWOOD FURNITURE CO., et al.** ) | |
| **Plaintiffs,** ) | |
| **v.** ) | **No. 05-1248C** |
| ) | **(Judge Bush)** |
| **UNITED STATES,** ) | |
| **Defendant.** ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the parties have agreed and hereby stipulate that this action is dismissed with prejudice, with each party to bear its own costs, attorney fees, and expenses. This stipulation is without prejudice to Plaintiffs' rights to pursue its claims before the Armed Services Board of Contract Appeals in ASBCA No. 54944.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Kent G. Huntington
KENT G. HUNTINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 305-7561
Fax: (202) 353-7988

August 9, 2006

Attorneys for Defendant

s/ Robert G. Watt
ROBERT G. WATT
Watt, Tieder,
Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive
Suite 100
McLean, VA 22102
Tel. No.: 703-749-1000
Fax. No.: (703) 893-8029

August 9, 2006

Attorneys for Plaintiffs,
Redwood Furniture Co., et al.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2006, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kirk J. McCormick___________
Kirk J. McCormick